UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
FRANCISCO COLON JR.,                                                                08 CV 00182 (PAC)(GWG)

                Plaintiff,

                                                                                  RULE 7.1 CORPORATE
-against-                                                                                          DISCLOSURE STATEMENT

ALBERT FRANCO,

                Defendant.
------------------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorneys for defendant herein certifies that ALBERT FRANCO is not a business entity and has no corporate parents, subsidiaries or affiliates.

Dated: New York, New York
         January 8, 2008

                                                                      By:  MAURIZIO SAVOIARDO (MS-6918)

                                                          Law Offices of
                                                          ZAWACKI, EVERETT & GRAY
                                                          Attorneys for Defendant
                                                          116 John Street, Suite 1214
                                                          New York, NY  10038
                                                          (212) 732-3377

TO:    LAW OFFICES OF NELLY STOTLAND & ASSOCIATES, P.C.
          Attorneys for Plaintiff
          118-21 Queens Blvd., Suite 404
          Forest Hills, NY  11375
          (718) 261-0133