UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FRANCISCO COLON JR.,
                Plaintiff,

-against-

ALBERT FRANCO,

                Defendant.
------------------------------------------------------------------X

08 CV 00182 (PAC) (GWG)

PROOF OF SERVICE OF
NOTICE AND PETITION
FOR REMOVAL

    PLEASE TAKE NOTICE that attached hereto are the proofs of service of the Notice and Petition for Removal and Answer as follows:

1. **SERVICE ON SUPREME COURT, BRONX COUNTY**

    Attached as **Exhibit "A"** is a copy of the affidavit of service by mail of the Notice and Petition for Removal with exhibits, the Civil Cover Sheet and letter dated January 10, 2008 to the Clerk of the Supreme Court, Bronx County.

2. **SERVICE ON PLAINTIFF'S COUNSEL**

    Attached as **Exhibit "B"** is a copy of the affidavit of service by mail of the Notice and Petition for Removal with exhibits, Civil Cover Sheet and letter dated January 10, 2008, to plaintiff's counsel with the Individual Practice Rules for District Judge Crotty and the Individual Practice Rules of Magistrate Judge Gorenstein.

Dated: New York, New York
       January 10, 2008

                                    By: MAURIZIO SAVOIARDO (MS-6918)

                                    Law Offices of
                                    ZAWACKI, EVERETT & GRAY
                                    Attorneys for Defendant
                                    116 John Street, Suite 1214
                                    New York, NY 10038
                                    (212) 732-3377

# EXHIBIT A

STATE OF NEW YORK           )
                            ) s.s.:
COUNTY OF NEW YORK          )

ROBYN LORENZO, being duly sworn, deposes and says:

That deponent is not a party to the action, is over 18 years of age and resides in Staten Island, New York.

That on the 10th day of January, 2008, deponent served within **LETTER TO CLERK OF THE SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF BRONX DATED JANUARY 10, 2008, CIVIL COVER SHEET, NOTICE OF FILING PETITION OF REMOVAL AND VERIFIED PETITION OF REMOVAL** upon:

Clerk
Supreme Court, Bronx County
851 Grand Concourse
Bronx, NY 10451

the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
ROBYN LORENZO

Sworn to before me this
10th day of January, 2008

_____
NOTARY PUBLIC

MAURIZIO SAVOIARDO III
Notary Public, State of New York
No. 02SA5032041
Qualified in Suffolk County
Commission Expires Nov 20, 2010

# EXHIBIT B

STATE OF NEW YORK )
) s.s.:
COUNTY OF NEW YORK )

ROBYN LORENZO, being duly sworn, deposes and says:

That deponent is not a party to the action, is over 18 years of age and resides in Staten Island, New York.

That on the 10th day of January, 2008, deponent served within **LETTER TO PLAINTIFF'S ATTORNEY DATED JANUARY 10, 2008, CIVIL COVER SHEET, NOTICE OF FILING PETITION OF REMOVAL, VERIFIED PETITION OF REMOVAL, INDIVIDUAL RULES FOR DISTRICT JUDGE CROTTY and INDIVIDUAL RULES OF MAGISTRATE JUDGE GORENSTEIN** upon:

LAW OFFICES OF NELLY STOTLAND & ASSOCIATES, P.C.
Attorneys for Plaintiff
118-21 Queens Blvd., Suite 404
Forest Hills, NY 11375
(718) 261-0133

the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
ROBYN LORENZO

Sworn to before me this
10th day of January, 2008

_____
NOTARY PUBLIC

MAURIZIO SAVOIARDO III
Notary Public, State of New York
No. 02SA5032041
Qualified in Suffolk County
Commission Expires Nov 20, 2010