STATE OF NEW YORK      )
                       ) s.s.:
COUNTY OF NEW YORK     )

ROBYN LORENZO, being duly sworn, deposes and says:

That deponent is not a party to the action, is over 18 years of age and resides in Staten Island, New York.

That on the 10th day of January, 2008, deponent served within **ANSWER** upon:

LAW OFFICES OF NELLY STOTLAND & ASSOCIATES, P.C.
Attorneys for Plaintiff
118-21 Queens Blvd., Suite 404
Forest Hills, NY  11375
(718) 261-0133

the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
ROBYN LORENZO

Sworn to before me this
10th day of January, 2008

_____
NOTARY PUBLIC

MAURIZIO SAVOIARDO III
Notary Public, State of New York
No. 02SA5032041
Qualified in Suffolk County
Commission Expires Nov 20, 2010