**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
FRANCISCO COLON, JR.

     against

ALBERT FRANCO
------------------------------------------------------------x

Case No.: **08 CV 00182 (PAC)(GWG)**

NOTICE OF APPEARANCE

     PLEASE TAKE NOTICE that Nelly Stotland of Law Office of Nelly Stotland & Associates, P.C., hereby enters his Appearance on behalf of Plaintiff(s) in the above captioned matter.

Dated: Queens, New York
       January 16, 2008

     s/ Nelly Stotland
**Nelly Stotland, Esq. (NS-4223)**
Attorney for Plaintiffs
118-21 Queens Blvd, Ste 404
Forest Hills, NY 11375
Tel # (718) 261-0133
Fax # (718) 261-0340

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 16, 2008, I electronically filed the above document(s) with the Clerk of the Court using ECF system, which will send notification of such filing to all parties who are currently on the list to receive e-mail notices for this case.

      s/ Nelly Stotland
**Nelly Stotland, Esq.(NS-4223)**
Attorney for Plaintiffs
118-21 Queens Blvd, Ste 404
Forest Hills, NY 11375
Tel # (718) 261-0133
Fax # (718) 261-0340