```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
FRANCISCO COLON, JR.,


                      Plaintiff,        08 CIV 00182 (PAC)(GWG)

         -against-
                                        DEMAND FOR
ALBERT FRANCO,                          TRIAL BY
                                        JURY
                      Defendant.

-------------------------------------X


    SIRS:

        PLEASE TAKE NOTICE, that plaintiff(s) hereby

demand trial by jury in the above-captioned action.

Dated:  Queens, New York
        January 16, 2008
```

                                                s/Nelly Stotland
**Nelly Stotland, Esq. (NS-4223)**
Law Office of Nelly Stotland
& Associates, P.C.
**Attorney for Plaintiff(s)**
118-21 Queens Blvd, Ste 404
Forest Hills, NY 11375
(718) 261-0133

To:

**ZAWACKI, EVERETT & GRAY**
Attorneys for Defendant
**ALBERT FRANCO**
116 John Street, Ste. 1214
New York, NY 10038
(212) 732-3377

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 16, 2008, I electronically filed the above document(s) with the Clerk of the Court using ECF system, which will send notification of such filing to all parties who are currently on the list to receive e-mail notices for this case.

      s/ Nelly Stotland
**Nelly Stotland, Esq. (NS-4223)**
Attorney for Plaintiffs
118-21 Queens Blvd, Ste 404
Forest Hills, NY 11375
Tel # (718) 261-0133
Fax # (718) 261-0340