UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
===============================X

FRANCISCO COLON JR.,

Plaintiff,

                                           NOTICE OF
                                           APPEARANCE

-against-
                                           Docket No.: 08 CV 00182
                                                       (PAC) (GWG)

ALBERT FRANCO,

Defendant,
===============================X

S I R S:


      PLEASE TAKE NOTICE, that the law firm of HECHT, KLEEGER, PINTEL &

DAMASHEK *as trial counsel to* NELLY STOTLAND & ASSOCIATES, P.C., 19 West

44th Street, Suite 1500, New York, New York 10036, are the attorneys for plaintiff

FRANCISCO COLON, JR.

Dated:  March 6, 2008
         New York, New York


                                        Yours, etc.,

                                        JUDD F. KLEEGER (JFK 3495)
                                        HECHT, KLEEGER, PINTEL
                                        & DAMASHEK
                                        Attorneys for Plaintiff
                                        19 West 44th Street -Suite 1500
                                        New York, New York 10036
                                        (212) 490-5700

TO:    **LAW OFFICES OF**
        **ZAWACKI, EVERETT & GRAY**
        Attorneys for Defendant
        116 John Street
        New York, New York 10038
        (212) 732-3377

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                  (ss.:
COUNTY OF NEW YORK   )

     **DAVIDA ORTIZ**, being sworn, say: I am not a party to the within action, I am over the age of 18 years and reside at New York, New York. That on the March 6, 2008, I served the within **NOTICE OF APPEARANCE** upon:

       **LAW OFFICES OF**
       **ZAWACKI, EVERETT & GRAY**
       Attorneys for Defendant
       116 John Street
       New York, New York 10038

by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to all of the above-named parties at the last known addresses set forth after each name.

                             Davida Ortiz

Sworn to before me this
6th day of March, 2008

**NOTARY PUBLIC**

JUDD F. KLEEGER
Notary Public, State of New York
No. ...
Qualified in ... County
Commission Expires ... 15, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK          Docket No.:  08 CV 00182

FRANCISCO COLON, JR.,


Plaintiff


- against -



ALBERT FRANCO,



Defendant,

---

## NOTICE OF APPEARANCE

---


**HECHT, KLEEGER, PINTEL & DAMASHEK**
*Attorneys for Plaintiff*
19 West 44th Street -Suite 1500
New York, New York 10036
(212) 490-5700

---


Signature (Rule 130-1.1-a)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Print name beneath

---