UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FRANCISCO COLON JR.,                                    08-CV-00182 (PAC) (GWG)

        Plaintiff,

-against-                                                               **NOTICE OF CHANGE**
                                                                            **OF ADDRESS**

ALBERT FRANCO,

        Defendant.

-----------------------------------------------------------------X

**To:  Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change for:  **VICTOR A. VINCENZI, ESQ.**

    1.    **Attorney**

        I am a U.S.D.C., Southern District of New York attorney.  My Bar Number is

VV6652.

    2.    **Law Firm/Government Agency Association**

        From:  Zawacki, Everett & Gray

        To:    Litchfield Cavo, LLP

**I will continue to be counsel of record on the above-entitled case at my new firm.**

    3.    **Address**:    420 Lexington Avenue, Suite 2104, New York, New York 10170

    4.    **Telephone Number**:  (212) 818-0289

    5.    **Fax Number**:  (212) 434-0105

    6.    **E-Mail Address**:  Vincenzi@litchfieldcavo.com

Dated: April 24, 2008

                                  VICTOR A. VINCENZI, ESQ. (VV-6652)